IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-3033 |
| ) | |
| JAMES A. HOLDER, ) | |
| ) | |
| Defendant. ) | |

## OPINION AND CONSENT JUDGMENT

JEANNE E. SCOTT, U.S. District Judge:

Defendant James A. Holder, whose address is Roodhouse, Illinois, has accepted service of the Complaint and has consented to entry of this Judgment.

THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered against Defendant in the amount of $43,190.00, which the Defendant agrees is not subject to discharge in bankruptcy, plus $250.00 court costs with no additional interest.

IT IS THEREFORE SO ORDERED.

ENTER:  February 1, 2007.

　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　s/ Jeanne E. Scott
　　　　　　　　　　　　　　　JEANNE E. SCOTT
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE